UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MILANO MANHATTAN, LTD.,

                Plaintiff,

    against

PANZAI BOUTIQUE, LTD. a/k/a MONSIOR
COURTOUR, INC., TRACY EVANS LTD., and
HGA, LLC,

                Defendants.

------------------------------------------------------------x

Civil Action No. 07 CIV 8012

**RULE 7.1 STATEMENT**



    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned attorney of record for Milano Manhattan, Ltd., certifies that it does not have any corporate parents or publicly held corporations that own 10% or more of its stock.

Dated: New York, New York
        September 12, 2007

                                            Respectfully submitted,

                                            HERRICK, FEINSTEIN LLP

                                      By: _____
                                            Barry Werbin
                                            Marni Weiss
                                         Attorneys for Plaintiff
                                         2 Park Avenue
                                         New York, New York 10016
                                         (212) 592-1400

HF 3784221v.1 #06215/0009