# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 8012                                                    Date Filed: 9/12/2007

Plaintiff:
**Milano Manhattan, Ltd.**

vs.

Defendant:
**Panzai Boutique, Ltd. a/k/a Monsior Courtour, Inc., et. al.,**
State of New York, County of Albany)ss.:

Received by Court Support Inc. to be served on **HGA, LLC**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **19th day of September, 2007** at **11:55 am**, I:

Served the within named **LIMITED LIABILITY COMPANY** by delivering two true copies of the **Summons in a Civil Action, Complaint and Jury Demand, 3rd Amended Instructions for Filing an Electronic Case or Appeal & Individual Practices of Naomi Reice Buchwald United States District Judge  pursuant to section 303 LLCL together with statutory service fee in the amount of $40.00** to Carol Vogt as Business Document Specialist I of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served:  Age: 45,  Sex: F,  Race/Skin Color: White,  Height: 5' 4',  Weight: 130,  Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 20th day of September, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
No. 4922372
Qualified in Albany County
Commission Expires Feb. 28, 2010

_____
J.R. O'Rourke
Process Server

**Court Support Inc.**
**181 Hillside Avenue**
**Williston Park, NY  11596**
**(516) 742-7455**

Our Job Serial Number: 2007003603
Ref: 3951

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t

```
              State of New York - Department of State
                        Receipt for Service


Receipt #:  200709190175                         Cash #: 200709190174
Date of Service:  09/19/2007                     Fee Paid: $40 - CHECK
Service Company:  31 SERVINATOR LEGAL SUPPORT SERVICES, INC.

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
    LIABILITY COMPANY LAW

Party Served:  HGA, LLC



Plaintiff/Petitioner:
         MILANO MANHATTAN, LTD.



Service of Process Address:
SILVERBERG STONEHILL & GOLDSMITH P.C.
111 WEST 40TH STREET 33RD FLR
NEW YORK,  NY 10018

                                            Secretary of State
                                              By  CAROL VOGT
```