# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 8012

Date Filed: 9/12/2007

Plaintiff:
**Milano Manhattan, Ltd.**

vs.

Defendant:
**Panzai Boutique, Ltd. a/k/a Monsior Courtour, Inc., et. al.,**
**State of New York, County of Albany)ss.:**

Received by Court Support Inc. to be served on **Panzai Boutique, Ltd. a/k/a Monsior Courtour, Inc.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **19th day of September, 2007** at **11:55 am**, I:

Served the within named corporation by delivering a true copy of the **Summons in a Civil Action, Complaint and Jury Demand, 3rd Amended Instructions for Filing an Electronic Case or Appeal & Individual Practices of Naomi Reice Buchwald United States District Judge pursuant to section 307 BCL together with statutory service fee in the amount of $40.00** to Carol Vogt as Business Document Specialist I of New York State Department of State. Thereafter deponent enclosed a copy thereof with notice in a postpaid first class envelope, registered mail, return receipt requested, properly addressed to defendant at defendant's last known place of business: 357 Seventh Avenue, New York, NY 10001. Certified Mailing Receipt No: RR 597 128 686 US

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5' 4', Weight: 130, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 20th day of September, 2007 by the affiant who is personally known to me

NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
No. 4882372
Qualified in Albany County
Commission Expires Feb. 28, 2010

J.R. O'Rourke
Process Server

**Court Support Inc.**
**181 Hillside Avenue**
**Williston Park, NY 11596**
**(516) 742-7455**

Our Job Serial Number: 2007003602
Ref: 3943

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t

State of New York - Department of State
Receipt for Service

Receipt #: 200709190169  Cash #: 200709190168
Date of Service: 09/19/2007  Fee Paid: $40 - CHECK
Service Company: 31 SERVINATOR LEGAL SUPPORT SERVICES, INC.

Service was directed to be made pursuant to: SECTION 307 OF THE BUSINESS
    CORPORATION LAW

Party Served:  PANZAI BOUTIQUE, LTD.


Plaintiff/Petitioner:
        MILANO MANHATTAN, LTD.


Service of Process Address:

,

                                                    Secretary of State
                                                    By   CAROL VOGT