# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 8012                                   Date Filed: 9/12/2007

Plaintiff:
**Milano Manhattan, Ltd.**

vs.

Defendant:
**Panzai Boutique, Ltd. a/k/a Monsior Courtour, Inc., et. al.,**
**State of New York, County of Albany)ss.:**

Received by Court Support Inc. to be served on **Tracy Evans Ltd.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **19th day of September, 2007** at **11:55 am, I:**

Served the within named corporation by delivering a true copy of the **Summons in a Civil Action, Complaint and Jury Demand, 3rd Amended Instructions for Filing an Electronic Case or Appeal & Individual Practices of Naomi Reice Buchwald United States District Judge pursuant to section 307 BCL together with statutory service fee in the amount of $40.00** to Carol Vogt as Business Document Specialist I of New York State Department of State. Thereafter deponent enclosed a copy thereof with notice in a postpaid first class envelope, registered mail, return receipt requested, properly addressed to defendant at defendant's last known place of business: 530 Seventh Avenue 19th Floor, New York, NY 10018. Certified Mailing Receipt No: RR 597 128 690 US

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5' 4', Weight: 130, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 20th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC
PATRICIA A. BURKE
Notary Public, State of New York
No. 4922372
Qualified in Albany County
Commission Expires Feb. 28, 2010

J.R. O'Rourke
Process Server

Court Support Inc.
181 Hillside Avenue
Williston Park, NY 11596
(516) 742-7455

Our Job Serial Number: 2007003601
Ref: 3947

State of New York - Department of State
Receipt for Service

Receipt #: 200709190171 　　　　　　　　　　　　　　　Cash #: 200709190170
Date of Service: 09/19/2007 　　　　　　　　　　　　　Fee Paid: $40 - CHECK
Service Company: 31 SERVINATOR LEGAL SUPPORT SERVICES, INC.

Service was directed to be made pursuant to: SECTION 307 OF THE BUSINESS CORPORATION LAW

Party Served: TRACY EVANS, LTD.

Plaintiff/Petitioner:
　　　MILANO MANHATTAN, LTD.

Service of Process Address:

　　　　　　　　　　　　　　　　　　　　　　　Secretary of State
　　　　　　　　　　　　　　　　　　　　　　　By   CAROL VOGT