**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 07 CIV 8012

Date Filed: _____

Plaintiff:
MILANO MANHATTAN, LTD.

vs.

Defendant:
PANZAI BOUTIQUE, LTD., a/k/a MONSIOR COURTOUR, INC., et al

For:
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Received these papers to be served on **TRACY EVANS LTD., located at 530 Seventh Avenue, 19th Floor, New York, New York 10018**.

I, Andre R. Ramsamugh, being duly sworn, depose and say that on the **17th day of September, 2007** at **11:52 am**, I:

Served the above named Entity by delivering a true copy of the **Summons In A Civil Action, Complaint and Jury Demand, 3rd Amended Instructions for Filing an Electronic Case or Appeal & Individual Practices of Naomi Reice Buchwald United States District Judge** to Catherine Guerrero, Receptionist, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 24, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 145, Hair: Black, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 24th day of September, 2007 by the affiant who is personally known to me.

Indira Santo
Notary Public, State of New York
No. 01SA6147530
Qualified in Queens County
Commission Expires 06/05/2010

Andre R. Ramsamugh
1259221

Our Job Serial Number: 2007003945
Ref: C/M:06215/10

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j