Marrero, J

HERRICK, FEINSTEIN LLP
Barry Werbin
Marni Weiss
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-26-07
```

------------------------------------x
                                    :
MILANO MANHATTAN, LTD.,             :   Civil Action No. 1:07-cv-8012
                                    :
                Plaintiff,          :
                                    :
        against                     :   STIPULATION
                                    :
TRACY EVANS LTD., PANZAI BOUTIQUE,  :
LTD. a/k/a MONSIOR COURTOUR, INC., and :
HGA, LLC,                           :
                                    :
                Defendants.         :
                                    :
------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between HERRICK, FEINSTEIN LLP, as counsel for Plaintiff, and SILVERBERG STONEHILL GOLDSMITH & HABER, P.C., as counsel for Defendants Tracy Evans Ltd., HGA, LLC and Panzai Boutique Ltd., a/k/a Monsior Courtour, Inc., that:

1.    The time for Defendants Tracy Evans Ltd., HGA, LLC and Panzai Boutique Ltd., a/k/a Monsior Courtour, Inc. to answer, plead, move or otherwise respond to Plaintiff's Complaint will be extended to and including October 30, 2007.

2. This Stipulation may be signed in counterparts and may be delivered by facsimile and in counterparts.

Dated: New York, New York
September 25, 2007

SILVERBERG STONEHILL GOLDSMITH
& HABER, P.C.

By _____
Kenneth R. Schachter
Attorneys for Defendants
Tracy Evans, Ltd., HGA, LLC
and Panzai Boutique Ltd.
110 West 40th Street
New York, NY 10018
(212) 730-1900

HERRICK, FEINSTEIN LLP

By _____
Barry Werbin
Marni Weiss
Attorneys for Plaintiff
Milano Manhattan, Ltd.
2 Park Avenue
New York, NY 10016
(212) 592-1400

SO ORDERED:
26 September 2007

_____
U.S.D.J.
Victor Marrero

2