DOCUMENT ELECTRONICALLY FILED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------x

MILANO MANHATTAN, LTD., : Civil Action No. 1:07-cv-8012
:
        Plaintiff, :
:
   against : NOTICE OF
: **VOLUNTARY DISMISSAL**
:
TRACY EVANS LTD., PANZAI BOUTIQUE, :
LTD. a/k/a MONSIOR COURTOUR, INC., and :
HGA, LLC, :
:
        Defendants. :

-----------------------------------x

PLEASE TAKE NOTICE that Plaintiff Milano Manhattan, Ltd. dismisses this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      October 2, 2007

HERRICK, FEINSTEIN LLP

By: _____
      Barry Werbin
Marni Weiss
2 Park Avenue
New York, New York 10016
Attorneys for Plaintiff