MARRERO, S.

DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
MILANO MANHATTAN, LTD.,           :   Civil Action No. 1:07-cv-8012 (VM)
                                  :
            Plaintiff,            :
                                  :
        against                   :   NOTICE OF
                                  :   **VOLUNTARY DISMISSAL**
                                  :
TRACY EVANS LTD., PANZAI BOUTIQUE,:
LTD. a/k/a MONSIOR COURTOUR, INC., and :
HGA, LLC,                         :
                                  :
            Defendants.           :
---------------------------------x

PLEASE TAKE NOTICE that Plaintiff Milano Manhattan, Ltd. dismisses this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       October 2, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-15-07

HERRICK, FEINSTEIN LLP

By: _____
         Barry Werbin
Marni Weiss
2 Park Avenue
New York, New York 10016
Attorneys for Plaintiff

SO ORDERED: 10-15-07
The Clerk of Court is directed to close this case.

_____
U.S.D.J.
Victor Marrero